UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>    Plaintiff,<br><br>v.<br><br>VIRALNOVA, LLC, SCOTT DELONG, SARA HEDDLESTON, AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. 1:15-cv-05143-AT<br>Hon. Analisa Torres |

**NOTICE OF DEFENDANT VIRALNOVA, LLC'S MOTION TO DISMISS COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Pursuant to the first-filed rule and Federal Rule of Civil Procedure 12(b), Defendant ViralNova, LLC (ViralNova) respectfully moves the court to dismiss Plaintiff Jeffery R. Werner's complaint for copyright infringement.

Accompanying this motion is ViralNova's supporting memorandum of law and proposed order for dismissal.

51305276.1

          Respectfully submitted,

      By:  s/Ronald M. Daignault
           Ronald M. Daignault
           rdaignault@polsinelli.com
           Polsinelli PC
           900 Third Avenue, 21st Floor
           New York, NY 10022
           (212) 803-9907
           (212) 253-4041 (Fax)

      Of Counsel:

      Jason A. Wietjes
      jwietjes@polsinelli.com
      Polsinelli PC
      2950 N. Harwood Street, Suite 2100
      Dallas, TX 75201
      (214) 661-5519
      (214) 594-5540 (Fax)

      ATTORNEYS FOR DEFENDANT
      VIRALNOVA, LLC

## CERTIFICATE OF SERVICE

      I certify that on September 18, 2015 I filed the forgoing with the Court's electronic filing system, serving all counsel registered as filing users of the system pursuant to Local Civil Rule 5.2.

          s/Ronald M. Daignault
          Ronald M. Daignault

51305276.1